IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| KATHY and BOB HOWLETT, | CV 18–06–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| GYRUS ACMI, LP; GYRUS ACMI, LLC; GYRUS ACMI, INC.; and DOES 1 through 10, | |
| Defendants. | |

Defendants GYRUS ACMI, LP, GYRUS ACMI, LLC, and GYRUS ACMI, INC. move for the admission of Candace Blydenburgh to practice before this Court in this case with Marshal L. Mickelson of Corette Black Carlson & Mickelson to act as local counsel. The application appears to be in order.

Accordingly, IT IS ORDERED that Defendant's motion to admit Candace Blydenburgh pro hac vice (Doc. 10) is GRANTED on the condition that Ms. Blydenburgh does her own work. This means that she must: (1) do her own writing; (2) sign her own pleadings, motions, and briefs; and (3) appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Blydenburgh within fifteen (15) days of this Order, files a separate pleading acknowledging her admission under the terms set forth above.

DATED this 12th day of April, 2018.

Dana L. Christensen, Chief Judge
United States District Court