IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

**FILED**

JUN 18 2019

Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| KATHY and BOB HOWLETT, | CV 18–06–M–DLC |
| Plaintiffs, | |
| vs. | ORDER |
| GYRUS ACMI, LP; GYRUS ACMI, LLC; GYRUS ACMI, INC.; and DOES 1 through 10, | |
| Defendants. | |

Before the Court is a status report filed June 14, 2019. (Doc. 34.)

IT IS ORDERED that the Plaintiffs shall file their amended complaint on or before July 15, 2019. The Defendants shall file their amended answer on or before August 5, 2019. After the amended answer is filed, the Court will hold a telephonic status conference to reset trial and associated deadlines.

DATED this 18th day of June, 2019.

Dana L. Christensen, Chief Judge
United States District Court