# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| KATHY and BOB HOWLETT, <br><br> Plaintiff, <br><br> vs. <br><br> GYRUS ACMI, LP; GYRUS ACMI, LLC; GYRUS ACMI, INC.; and DOES 1 through 10, <br><br> Defendants. | CV 18–06–M–DLC <br><br> ORDER |

Before the Court is the parties' Stipulation for Dismissal with Prejudice. (Doc. 52.)

IT IS ORDERED that this matter is dismissed with prejudice, each party to bear its own costs.

DATED this 3rd day of April, 2020.

_____
Dana L. Christensen, District Judge
United States District Court